UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT JASON WRIGHT,<br><br>Defendant. | Case No. 2:14-cr-0028-KJD-GWF<br><br>ORDER |

Presently before the Court is Defendant's Motion for Non-Binding Recommendation regarding Concurrent Service of Sentences (#44). The Government filed a Response in Non-opposition to Defendant's Motion (#46). When originally pronouncing Defendant's sentence, the Court did not make a recommendation to whether the sentence was to be served concurrently or consecutively to any sentence arising from Defendant's state court case. Defendant was in state custody, but had not yet been sentenced in state court when he was brought to federal court for sentencing on his federal felon in possession charge. After sentencing he was returned to state custody.

The Court has the authority to make a recommendation, post-sentencing, but such recommendation does not bind the Bureau of Prisons which has authority for calculating a defendant's term of incarceration based upon the court's sentence. Having read and considered the motion and good cause being found, it is granted to the extent that the Court recommends that Defendant's sentence run concurrent to his state sentence, rather than consecutively.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2019.

_____
Kent J. Dawson
United States District Judge