# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

              Plaintiff,

v.

Albert Jason Wright

              Defendant.

JUDGMENT

Case Number: 2:14-cr-00028-KJD-GWF

(Related case: 2:16-cv-02901-KJD )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.

10/30/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk